WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED
OCT 0 8 2009

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LEWIS POTTER,**                       CV # 08-762-AC

    Plaintiff,

vs.                                        ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

    Attorney fees in the amount of $4,100.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

    DATED this 7th day of October, 2009.

                               _____
                               United States ~~District~~ / Magistrate Judge

Submitted on October 1, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1